**No. 66922.**—Patrick & Graves, a/c Seaway Importing Co. *v.* United States, protest 60/27870 (Galveston).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of car coats of rayon and cotton, which are in chief value of cotton, valued under $4 each, the claim of the plaintiff was sustained.

**No. 66923.**—Eli L. Sandler Co., Inc. *v.* United States, protests 281817–K, 282843–K, and 295669–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

**No. 66924.**—Dessy Atco, Inc. *v.* United States, protests 60/12705, 60/24652, and 60/25325 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.